| | | |
|---|---|---|
| Label Matrix for local noticing<br>0416-0<br>Case 19-15527<br>District of Maryland<br>Greenbelt<br>Fri May 17 13:36:12 EDT 2019 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | (p)CREDITORS BANKRUPTCY SERVICE<br>PO BOX 800849<br>DALLAS TX 75380-0849 |
| Beneficial Landscape, Inc.<br>P. O. Box 668<br>Annapolis Junction, MD 20701-0668 | Central Collection Unit<br>300 West Preston Street, 5th Floor<br>Baltimore, MD 21201-2308 | Comenity bank/J Crew<br>Attn: Bankruptcy<br>Po Box 182125<br>Columbus, OH 43218-2125 |
| (p)VIRGINIA DEPARTMENT OF TAXATION<br>P O BOX 2156<br>RICHMOND VA 23218-2156 | Commonwealth of Virginia<br>Department of Taxation<br>Office of Compliance<br>P. O. Box 27407<br>Richmond, VA 23261-7407 | Comptroller of Maryland<br>Revenue Administration Division<br>110 Carroll Street<br>Annapolis, MD 21411-1000 |
| Comptroller of the Treasury<br>Compliance Division, Room 409<br>301 W. Preston Street<br>Baltimore, MD 21201-2305 | County of Prince Williams<br>1 County Complex Court<br>Woodbridge, VA 22192-9202 | (p)CREDIT ADJUSTMENT BOARD INC<br>8002 DISCOVERY DRIVE<br>SUITE 311<br>RICHMOND VA 23229-8601 |
| First Premier Bank<br>Attn: Bankruptcy<br>Po Box 5524<br>Sioux Falls, SD 57117-5524 | Genesis Bc/celtic Bank<br>Attn: Bankruptcy<br>268 South State Street Ste 300<br>Salt Lake City, UT 84111-5314 | Internal Revenue Insolvency Operations<br>P. O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Motor Vehicle Administration<br>6601 Ritchie Highway, N.E.<br>Glen Burnie, MD 21062-1000 | Navy FCU<br>Attn: Bankruptcy<br>Po Box 3000<br>Merrifield, VA 22119-3000 | Prince William County<br>P.O. Box 2467<br>Woodbridge, VA 22195-2467 |
| Revenue Authority of PG County<br>Parking Division<br>1300 Mercantile Lane, Suite 108<br>Upper Marlboro, MD 20774-5330 | State of California<br>Franchise Tax Board<br>P. O. Box 942867<br>Sacramento, CA 94267-0001 | State of Maryland DLLR<br>Division of Unemployment Insurance<br>1100 N. Eutaw Street, Room 401<br>Baltimore, MD 21201-2225 |
| Taxing Authority of Montgomery County<br>Division of Treasury<br>255 Rockville Pike, Ste.  L-15<br>Rockville, MD 20850-4188 | Verizon<br>Verizon Wireless Bk Admin<br>500 Technology Dr Ste 550<br>Weldon Springs, MO 63304-2225 | Wells Fargo Dealer Services<br>Po Box 10709<br>Raleigh, NC 27605-0709 |
| Della Williams<br>16866 Batchellors Forest Road<br>Olney, MD 20832-2705 | Donald L Bell<br>The Law Office of Donald L. Bell, LLC<br>6305 Ivy Lane<br>Suite 214<br>Greenbelt, MD 20770-6313 | Kevin A. Williams<br>16866 Batchellors Forest Road<br>Olney, MD 20832-2705 |
| Timothy P. Branigan<br>9891 Broken Land Parkway<br>Suite 301<br>Columbia, MD 21046-3002 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| AAFES<br>Attention: Bankruptcy<br>Po Box 650060<br>Dallas, TX 75265 | Commonwealth of Virginia<br>Department of Taxation<br>Court Debt Collection Office<br>P. O. Box 2369<br>Richmond, VA 23218 | Credit Adjustment Board, Inc.<br>8002 Discovery Drive, Suite 311<br>Henrico, VA 23229 |

End of Label Matrix
Mailable recipients    27
Bypassed recipients     0
Total                  27